### 15987.    PEARSON *v.* THE STATE.

LUKE, J. The evidence in this case almost demanded, if indeed it did not demand, the defendant's conviction. The special grounds of the motion for a new trial, in the light of the record, are without merit. The motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 13, 1925.

Conviction of manufacture of liquor; from Coweta superior court —Judge Roop. October 9, 1924.

*Post & Arnold,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general,* contra.